UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL CARUSO,

    Plaintiff,

                                   Case No. 1:11-cv-360

v.

                                   HONORABLE PAUL L. MALONEY

28TH STREET SUPERIOR
HOSPITALITY, INC.,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

The court records reflect that plaintiff served a summons and complaint on defendant 28th Street Superior Hospitality, Inc. on May 4, 2011, and defendant has failed to file a response within the time allowed in the court rules. The court records further indicate that plaintiff has failed to enter a default. Therefore,

**IT IS HEREBY ORDERED** that plaintiff shall either apply for entry of default within twenty-eight (28) days of the date of this order or show cause in writing why the Court should not dismiss the case against 28th Street Superior Hospitality, Inc. for lack of prosecution pursuant to W.D. Mich. LCivR 41.1.

Dated: July 13, 2011                           /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                             Chief United States District Judge